**In the Matter of HERITAGE ORGANIZATION, L.L.C., Debtor.**

**Gary Kornman, Appellant**

**v.**

**Dennis S. Faulkner, Appellee.**

**In the Matter of Heritage Organization, L.L.C., Debtor.**

Gary M. Kornman; Steadfast Investments, L.P.; GMK Family Holdings, L.L.C.; Steadfast, L.P.; Strategic Leasing, L.P.; Executive Aircraft Management, L.L.C.; Tikchik Investments Partnership, L.P.; Executive Air Crews, L.L.C.; Financial Marketing Services, Incorporated; Heritage Properties, L.L.C.; Heritage Organization Agency, Incorporated; Valiant Leasing, L.L.C.; Vehicle Leasing, L.L.C., Appellants

v.

Dennis Faulkner, Trustee of
the Heritage Creditors
Trust, Appellee.

Nos. 12–20784, 13–10471.

United States Court of Appeals,
Fifth Circuit.

Nov. 5, 2013.

Robert Clary, Owens, Clary & Aiken, L.L.P., Dallas, TX, for Appellant.

Geoffrey Houston Bracken, Esq., Trial Attorney, Gardere Wynne Sewell, L.L.P., Houston, TX, Monroe David Bryant, Jr., Cox Smith Matthews, Incorporated, Dallas, TX, for Appellee.

Before JOLLY, JONES, and
BARKSDALE, Circuit Judges.

PER CURIAM: *

The court has carefully considered these appeals in light of the oral arguments, briefs, and pertinent portions of the record. Having done so, we find no

---

---

reversible error of law or fact and no jurisdictional deficiencies. Consequently, all orders and judgments before us are AFFIRMED. *See* 5th Cir. R. 47.6.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be